IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WAGNER,

    Plaintiff,

v.                                             No. CV 20-1337 KWR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, WARDEN DANIEL SALAZAR,
And WEXFORD HEALTH SOURCES, Inc.,

    Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant Wexford Health Sources, Inc.'s *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 4), filed January 18, 2021. In the Motion, Defendant Wexford Health Sources, Inc. explains it is currently investigating Plaintiff's allegations in order to answer the complaint, and thus requests a two-week extension of time to file its answer. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Wexford Health Source, Inc.'s response to Plaintiff's complaint is due February 2, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE