IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WAGNER,

    Plaintiff,

v.    No. CV 20-1337 KWR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, WARDEN DANIEL SALAZAR,
And WEXFORD HEALTH SOURCES, Inc.,

    Defendant.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon communication from counsel and review of the record. **IT IS HEREBY ORDERED** that the parties shall meet and confer and submit a Joint Status Report informing the Court of the parties' progress with discovery, and whether the parties are interested in setting a Settlement Conference with the Court. The Joint Status Report is due **Friday, April 16, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE