IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WAGNER,

    Plaintiff,

v.                          No. CV 20-1337 KWR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, WARDEN DANIEL SALAZAR,
And WEXFORD HEALTH SOURCES, Inc.,

    Defendant.

## ORDER EXTENDING EXPERT DISCLOSURE DEADLINE

**THIS MATTER** is before the Court on the Defendants' *Unopposed Motion to Enlarge Expert Report Submittal by One Week* (the "Motion"), (Doc. 20), filed August 9, 2021. In the Motion, Defendants explain that counsel for Defendant Wexford Health Sources, Inc. will be out of the office due to family obligations, and thus they request a one-week extension of the expert disclosure deadline. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 10), shall be modified to extend the date by which Defendants shall provide their expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) to **August 23, 2021**. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 10), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE