IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WAGNER,

    Plaintiff,

v.   No. CV 20-1337 KWR/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, WARDEN DANIEL SALAZAR,
And WEXFORD HEALTH SOURCES, Inc.,

    Defendant.

## ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **Tuesday, March 15, 2022, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE