IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON WAGNER,

    Plaintiff,

v.                                                      No. CV 20-1337 DHU/CG

NEW MEXICO CORRECTIONS
DEPARTMENT, WARDEN DANIEL SALAZAR,
and WEXFORD HEALTH SOURCES, Inc.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the Settlement Conference held on March 22, 2022, at which the case settled. (Doc. 55).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 31, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE